LILLIAN L. PRINE, as Administratrix of the Estate of WILLIAM H. PRINE, Deceased, Appellant, *v.* THE COMMERCIAL TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.

*Prine* v. *Commercial Travelers' Mut. Acc. Assn. of America,* 155 App. Div. 881, affirmed.

(Argued December 8, 1914; decided January 5, 1915.)

APPEAL from a final judgment, entered March 3, 1913, after affirmance by the Appellate Division of the Supreme Court of an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to rescind a certain release given by plaintiff's intestate to defendant and to recover upon a policy of accident insurance.

*Oliver D. Burden* for appellant.

*W. P. Goodelle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.